UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY TLAVET DE LA SANCHA,<br><br>            Plaintiff,<br><br>     v.<br><br>JOHN WESLEY COMMUNITY HEALTH INSTITUTE, INC., et al.,<br><br>            Defendants. | Case No.    CV 23-5774-GW-RAOx<br>             **CV 24-3273-GW-RAOx**<br><br>**ORDER TO DISMISS** |

Based upon Plaintiff's Notice of Dismissal [65] filed on June 19, 2025, it is hereby ORDERED that this action is dismissed in its entirety.

IT IS SO ORDERED.

Dated: June 20, 2025

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE